1  SHARON R. SMITH (SBN 221428)
   *SharonSmith@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, Suite 2800
3  San Francisco, California  94111
   Tel.: +1 415 733 6000
4  Fax: +1 415 677 9041

5  Attorneys for Plaintiff Hippocratic AI, Inc.

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | HIPPOCRATIC AI, INC., | Case No. 3:23-cv-04738 |
|---|---|
| Plaintiff, | **PLAINTIFF HIPPOCRATIC AI, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| HEALTH GPT, INC., d/b/a HIPPOCRATIC HEALTH, and MUNJAL SHAH, | |
| Defendants. | |

1

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Hippocratic AI, Inc., by and through its undersigned counsel, disclose that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 14, 2023

GOODWIN PROCTER LLP
Sharon R. Smith

By: */s/ Sharon R. Smith*
Sharon R. Smith
*SharonSmith@goodwinlaw.com*

Attorney for Plaintiff Hippocratic AI, Inc