SHARON R. SMITH, (SBN 221428)
*SharonSmith@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041
SharonSmith@goodwinlaw.com

Timothy Keegan (*pro hac vice*)
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: + 1 212 355 3333
TKeegan@goodwinlaw.com

*Attorneys for Plaintiff*
*Hippocratic AI, Inc.*

MONTY AGARWAL (SBN 191568**)**
**VALLEJO|ANTOLIN|AGARWAL|KANTER LLP**
3021 Citrus Circle, Suite 220
Walnut Creek, CA 94598
Telephone: (925) 951-6970
Email: magarwal@vaakllp.com

Attorneys for Defendants
HEALTHGPT, INC.
MUNJAL SHAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIPPOCRATIC AI, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>HEALTH GPT, INC., d/b/a HIPPOCRATIC HEALTH, and MUNJAL SHAH,<br><br>        Defendants. | Case No. 23-cv-04738-TLT<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)** |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Hippocratic AI, Inc. ("Hippocratic AI" or "Plaintiff") and Defendants Health GPT, Inc. d/b/a Hippocratic Health and Munjal Shah (collectively, "Defendants") hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims and causes of action shall be voluntarily dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

November 24, 2023

Respectfully submitted,

*/s/ Sharon R. Smith*
Sharon R. Smith
Timothy Keegan (*pro hac vice*)
GOODWIN PROCTER

*Attorneys for Plaintiff*
*Hippocratic AI, Inc.*

*/s/ Monty Agarwal*
Monty Agarwal
Rachel Chanin
VALLEJO|ANTOLIN|
　　AGARWAL|KANTER LLP

*Attorneys for Defendants*
*HealthGPT, Inc. and Munjal Shah*

# ATTESTATION

I hereby attest that I obtained concurrence in the filing of this document each of the other signatories on this e-filed document.

November 24, 2023

                                    */s/ /Sharon R. Smith/*
                                    Sharon R. Smith